IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00905-BNB

RUSSELL A. KUEKER,

Applicant, named as Plaintiff,

v.

IN PERSONAM JOHN SUTHERS,

Respondent, named as Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 17 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Russell A. Kueker is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado. Mr. Kueker initiated this action by filing a *pro se* Prisoner Complaint and a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account statement. By order dated April 21, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Kueker to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Kueker to submit a 28 U.S.C. § 1915 motion on the proper, Court-approved form and to submit a certified copy of his trust fund account statement for the six-month period immediately preceding his filing. On April 23, 2009, Mr. Kueker submitted an amended complaint. On May 6, 2009, he submitted a certified copy of his trust fund account statement.

Magistrate Judge Boland granted Mr. Kueker leave to proceed pursuant to § 1915 by order dated May 26, 2009. In that same order, Magistrate Judge Boland determined that the claims asserted by Plaintiff were not civil rights claims, because Mr. Kueker was challenging the validity of his conviction instead of the conditions of his confinement. Therefore, finding that Mr. Kueker's claims properly should be asserted in a habeas corpus action, Magistrate Judge Boland directed him to file an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Mr. Kueker was warned that the action would be dismissed without further notice if he failed to file an amended pleading within thirty days.

On June 15, 2009, Mr. Kueker requested an extension of time to file his amended pleading. By minute order dated June 22, 2009, Magistrate Judge Boland granted Mr. Kueker a thirty-day extension of time, again warning him that the failure to file an amended pleading within the time allowed would result in the dismissal of his action. On June 25, 2009, Mr. Kueker filed a document titled, in part, "Request [for] Formal Investigation and Complaint to be Filed Against Formal [sic] District Attorney John Suthers." On that same date, Mr. Kueker filed a Motion to Appoint Counsel, which was later denied by Magistrate Judge Boland. However, Mr. Kueker has not filed an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, as directed by Magistrate Judge Boland, nor has he communicated with the Court since June 25, 2009. As a result, he has failed to file an amended pleading within the time allowed. Therefore, the Complaint and action will be dismissed without prejudice. Accordingly, it is

ORDERED that the Complaint and this action are dismissed without prejudice for failure to cure all deficiencies within the time allowed.

DATED at Denver, Colorado, this 14 day of _____August_____, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00905-BNB

Russell A. Kueker
Prisoner No. 46721
Crowley County Corr. Facility
6564 State Hwy. 96 - Unit 4B-6209
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/17/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk