**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00905-ZLW

RUSSELL A. KUEKER,

    Applicant, named as Plaintiff,

v.

IN PERSONAM JOHN SUTHERS,

    Respondent, named as Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on Applicant's "Motion Request [sic] Surrender of Papers/Discovery, . . ." (Doc. # 19). Applicant's case was dismissed on August 17, 2009 for failure to cure the deficiencies within the time allowed. Therefore, the Motion (Doc. # 19) is denied as moot.

    Dated: August 18, 2009